**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MARLON STIVEN SARAVIA #A203-477-827**          **CASE NO. 3:26-CV-00960 SEC P**

**VERSUS**                                                                 **JUDGE JAMES D. CAIN, JR.**

**WARDEN JACKSON PARISH CORRECTIONAL**          **MAG. JUDGE KAYLA D. MCCLUSKY**
**CENTER ET AL**

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on March 26, 2026. Upon review of the

record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit the petition for writ of habeas corpus on approved forms.
NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF
PLEADINGS. **Plaintiff must submit the petition for writ of habeas corpus <u>on
approved forms</u>** that are legibly handwritten or typewritten.

The plaintiff failed to sign the petition. **Plaintiff must provide a signed original
petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the

pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin**

**Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE**
**PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this __30th__ day of __March__, 2026.

_____
Kayla D. McClusky
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241